UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARIO ARISTY,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :            20 Civ. 8986 (JPC)
              -v-                                                      :
                                                                       :            ORDER
RED LINE TOWING, INC. *et al.*,                                        :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The parties were required to submit a post-discovery joint status letter by November 5, 2021.

*See* Dkt. 16.  The parties have failed to submit this letter to the Court.  Within one week of the filing

of this Order, the parties shall file on ECF a letter advising the Court regarding the status of this

case.  The parties shall also advise the Court in the letter whether the parties request a referral to

Magistrate Judge Fox for a settlement conference or to the Court-annexed mediation program,

whether any party plans to file a post-discovery motion, the anticipated grounds for any such

motion, the opposing party's anticipated grounds for opposing the motion, and a proposed briefing

schedule.  In the event any party plans to file a post-discovery motion, the joint status letter will

satisfy the Court's pre-motion letter requirement.

        SO ORDERED.

Dated:  November 8, 2021                          _____
        New York, New York                              JOHN P. CRONAN
                                                         United States District Judge